UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| § | |
| v.  § | No.  A-21-CR-00134-RP |
| § | |
| (1) DAVID BLACK JR., § | |
| *Defendant* § | |

ORDER

Before the Court is Defendant's Motion to Withdraw as Counsel and for Appointment of New Counsel, Dkt. 23. The Motion states that Defendant told counsel that he no longer desired for counsel to represent him and that Defendant directed counsel to file a motion to withdraw and seek the appointment of new counsel. *Id.*

The undersigned set the motion for hearing, and, after holding that hearing, hereby determines that the motion should be granted. At the hearing, the undersigned admonished Defendant that future requests for new appointed counsel will not be well taken. Under the circumstances, however, the Court will permit Defendant's present counsel, Assistant Federal Public Defender Jose Gonzalez-Falla, to withdraw and will appoint new counsel to take his place.

IT IS THEREFORE ORDERED that the Motion, Dkt. 23, is GRANTED. Mr. Gonzalez-Falla is permitted to WITHDRAW as counsel for Defendant, and Ms. Christie Williams, Law Office of Christie Williams, 1112 South Rock Street, Georgetown, TX 78626, (512) 948-3977, is appointed to represent Defendant in the above-captioned case. The Court FURTHER ORDERS that Mr. Gonzalez-Falla meet

1

2

with Ms. Williams at the earliest opportunity to give Ms. Williams a copy of the file and bring her up to date with regard to the representation of Defendant. Thereafter, Mr. Gonzalez-Falla has no further responsibilities in this case.

SIGNED June 9, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE